IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED

JUN 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 03-10095 |
| PETER J. ZACCAGNINO, III and GIGI ANNE ZACCAGNINO, | ) |
| Defendants. | ) |

## FINAL ORDER OF FORFEITURE

1.  On May 17, 2005, this Court entered a Preliminary Order of Forfeiture and Seizure forfeiting the interests of the Defendants, PETER J. ZACCAGNINO, III and GIGI ANNE ZACCAGNINO, in and to the following properties to the United States of America:

    (a)   One Rolex President watch, stock number RLX 83888J purchased on or about March 10, 1998, for $45,400;

    (b)   Approximately $1,000,000 in Account No. 204426 in the name of Liam Skelly at Bipielle Bank (Suisse) (formerly Bank Adamas) in Lugano, Switzerland;

    (c)   Approximately $10,000 in escrow Account Number 889755 at First American Title, Suite 100, 2490 Paseo Verde Parkway, Henderson, Nevada;

    (d)   Approximately $6,879.88 in Account Number 0001603435377 in the name of Wonder Glass Products, Inc. at Suntrust Bank in Orlando,

Florida; and

  (e)  All assets of, ownership in, interests in, or claims against businesses known as: Two-Thirds International, Wonder Glass Products, Inc., Millennium Trust Management, New Millennium Management, Inc., New Millennium Management, Ltd., Virtual Visions, Inc., Diamond in the Rough, Inc., Millennium Asset Management, Inc., Dark Shadow, Inc., and Forex Trading Group, Inc.

  2. The Preliminary Order of Forfeiture was entered pursuant to the provisions of 18 U.S.C. §982 based upon the guilty pleas of the Defendants, PETER J. ZACCAGNINO, III and GIGI ANNE ZACCAGNINO and this Court's finding that the properties sought to be forfeited herein constitute or are derived from or are traceable to the proceeds obtained, directly or indirectly, from the commission of an illegal activity, namely, racketeering and/or money laundering conspiracy.

  3. The Court further entered a money judgment in the amount of $19,938,121.00 against all defendants, jointly and severally, holding that such sum represents proceeds derived from or traceable to the aforestated offenses committed by the defendants.

  4. On October 21 and 28 and November 4, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. (See Certificate of Publication

filed herein on November 16, 2005.)

  5. On August 1, 2005, Gordon P. Jones, as Trustee in Bankruptcy for New Millennium Management, Inc., a corporation in which the defendant, Wendell S. Gates, Jr., n/k/a Jason Steward, held the positions of president and sole shareholder and through which investor funds were channeled, filed a Notice of Third Party Interest in Property Described in Preliminary Order of Forfeiture and Seizure, alleging an interest in some of the assets sought to be forfeited by the United States, namely, "$1,000,000.00 in Account No. 204426 in the name of Liam Skelly at Bipelle Bank (Suisse) formerly Bank Adamas in Lugano, Switzerland" and "All assets of ... New Millennium Management, Inc...."

  6. On November 2, 2005, the government filed a Motion to Deny Claim of Third Party Interest on the basis that under the relation back doctrine, all right, title and interest in said property vests in the United States upon the commission of the acts giving rise to the forfeiture and that, therefore, the interest of the United States is superior to that of the claimant and the third party claim should be denied.

  7. On April 18, 2006, this Court ruled that title to the $1,000,000.00 vested in the United States prior to the creation of the bankruptcy estate and granted the Government's Motion and denied the claimed third party interest of Gordon P. Jones, as Trustee in Bankruptcy for New Millennium Management, Inc., in the $1,000,000.00 in Account No. 204426.

  8. This Court has been advised that no other petitions or claims have been filed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.  All right, title and interest in the following property is hereby forfeited to the United States pursuant to 18 U.S.C. §1963 and 18 U.S.C. §982:

(1)  One Rolex President watch, stock number RLX 83888J purchased on or about March 10, 1998, for $45,400;

(2)  Approximately $1,000,000 in Account No. 204426 in the name of Liam Skelly at Bipielle Bank (Suisse) (formerly Bank Adamas) in Lugano, Switzerland;

(3)  Approximately $10,000 in escrow Account Number 889755 at First American Title, Suite 100, 2490 Paseo Verde Parkway, Henderson, Nevada; and

(4)  Approximately $6,879.88 in Account Number 0001603435377 in the name of Wonder Glass Products, Inc. at Suntrust Bank in Orlando, Florida.

(5)  All assets of, ownership in, interests in, or claims against businesses known as: Two-Thirds International, Wonder Glass Products, Inc., Millennium Trust Management, New Millennium Management, Inc., New Millennium Management, Ltd., Virtual Visions, Inc., Diamond in the Rough, Inc., Millennium Asset Management, Inc., Dark Shadow, Inc., and Forex Trading Group, Inc.;

B.  A money judgment in the amount of $19,938,121.00 is hereby entered against the defendants, PETER ZACCAGNINO, III, and GIGI ANNE ZACCAGNINO, jointly and severally, and in favor of the United States;

C.  The United States Marshals Service is hereby authorized to dispose of the forfeited property in any manner authorized by law.

ENTER: *June 13, 2006*

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge